SAM MARALAN
3080 Bristol Street, Suite 630
Costa Mesa, California 92626
Telephone: (714) 641-0506
Facsimile: (714) 641-3604
sm@maralanlaw.com

*In Pro Per*
*Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SAM MARALAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA PROPERTY 1, LLC, a Nevada limited liability company d/b/a THE COSMOPOLITAN OF LAS VEGAS; WYNN LAS VEGAS, LLC, a Nevada limited liability company d/b/a XS NIGHTCLUB; and DOES 1 through 50 inclusive.<br><br>Defendants. | Case No.: 2:21-cv-02220-JAD-VCF<br><br>**JOINT STIPULATION AND ORDER EXTENDING PLAINTIFF'S RESPONSE TO DEFENDANT WYNN LAS VEGAS, LLC'S MOTION TO DISMISS**<br><br>Motion Filed: March 24, 2022<br>Opposition Due: April 7, 2022<br>Proposed Opposition Due Date: April 28, 2022<br><br>ECF No. 23 |

MARALAN LAW, P.C.
3080 BRISTOL STREET
SUITE 630
COSTA MESA
CALIFORNIA 92626
(714) 641-0506

**JOINT STIPULATION AND ORDER**

Plaintiff Sam Maralan ("Plaintiff") and Defendant Wynn Las Vegas dba XS ("Wynn") (collectively, the "Parties"), respectfully submit the following Stipulation and Proposed Order, as follows:

1. On March 24, 2022, Wynn filed a Motion to Dismiss as to Plaintiff's Complaint [Dkt. No. 21];
2. On March 24, 2022, the Court ordered Plaintiff's Opposition filed within 14-days of the filing [Dkt. No. 22];
3. Plaintiff's Opposition to Wynn's Motion to Dismiss is currently due on April 7, 2022 and Wynn's Reply is due April 14, 2022;
4. The Parties hereby agree and stipulate to extend Plaintiff's Opposition date and Wynn's Reply date by three (3) weeks; and
5. The proposed deadline for Plaintiff's Opposition shall be April 28, 2022 and Wynn's Reply shall be May 5, 2022.
6. Pursuant to Local Rule IA 6-1, this is the first stipulation for extension to submit Opposition and Reply papers to Wynn's Motion to Dismiss. The basis for the extension is to allow the Parties additional time to prepare responsive papers.

## JOINT STIPULATION

1. **WHEREAS,** Plaintiff's Opposition to Wynn's Motion to Dismiss shall be due April 28, 2022;
2. **WHEREAS,** Wynn's Reply to the Motion to Dismiss shall be due May 5, 2022.
3. **IT IS SO STIPULATED.**

MARALAN LAW, P.C.
3080 BRISTOL STREET
SUITE 630
COSTA MESA
CALIFORNIA 92626
(714) 641-0506

- 2 -
JOINT STIPULATION

DATED:  April 5, 2022

By: /s/ Tye Hanseen
Tye Hanseen
Attorneys for Defendant
Wynn Las Vegas

DATED:  April 5, 2022

By: /s/ Sam Maralan
Sam Maralan
Plaintiff

## ATTESTATION OF AUTHORIZED FILING

I hereby attest that I have received authorization for the electronic signatures indicated by a "conformed" signature (/s/) within this e-filed document.

/s/ Sam Maralan

## ORDER

Based on the parties' stipulation [23] and good cause appearing, IT IS ORDERED THAT plaintiff's Opposition to Wynn's Motion to Dismiss is due April 28, 2022; and Wynn's reply brief is due May 5, 2022.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 6, 2022

MARALAN LAW, P.C.
3080 BRISTOL STREET
SUITE 630
COSTA MESA
CALIFORNIA 92626
(714) 641-0506

- 3 -

JOINT STIPULATION