```
1  SAM MARALAN
2  3080 Bristol Street, Suite 630
   Costa Mesa, California 92626
3  Telephone: (714) 641-0506
4  Facsimile: (714) 641-3604
   sm@maralanlaw.com
5
6  In Pro Per
   Plaintiff
7
```

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SAM MARALAN, an individual, | Case No.: 2:21-cv-02220-CDS-VCF |
| Plaintiff, | **SECOND JOINT STIPULATION AND ORDER EXTENDING PLAINTIFF'S RESPONSE TO DEFENDANT WYNN LAS VEGAS, LLC'S MOTION TO DISMISS** |
| vs. | |
| NEVADA PROPERTY 1, LLC, a Nevada limited liability company d/b/a THE COSMOPOLITAN OF LAS VEGAS; WYNN LAS VEGAS, LLC, a Nevada limited liability company d/b/a XS NIGHTCLUB; and DOES 1 through 50 inclusive. | Motion Filed: March 24, 2022<br>Opposition Due: April 28, 2022<br>Proposed Opposition Due Date: May 12, 2022 |
| Defendants. | |

MARALAN LAW, P.C.
3080 BRISTOL STREET
SUITE 630
COSTA MESA
CALIFORNIA 92626
(714) 641-0506

**JOINT STIPULATION AND ORDER**

Plaintiff Sam Maralan ("Plaintiff") and Defendant Wynn Las Vegas dba XS ("Wynn") (collectively, the "Parties"), respectfully submit the following Stipulation and Proposed Order, as follows:

1. On March 24, 2022, Wynn filed a Motion to Dismiss as to Plaintiff's Complaint [Dkt. No. 21];

2. On April 5, 2022, the Parties stipulated to extend Plaintiff's Opposition deadline. [Dkt. No. 23];

3. On April 6, 2022, the Court granted the Parties' Stipulation and ordered Plaintiff's Opposition extended to April 28, 2022 and Wynn's Reply due May 5, 2022;

4. The Parties hereby agree and stipulate to extend Plaintiff's Opposition date and Wynn's Reply date by two (2) weeks; and

5. The proposed deadline for Plaintiff's Opposition shall be May 12, 2022 and Wynn's Reply shall be May 26, 2022.

6. Pursuant to Local Rule IA 6-1, this is the second stipulation for extension to submit Opposition and Reply papers to Wynn's Motion to Dismiss. The basis for the extension is that Plaintiff intends on amending his Complaint to raise new facts and allegations as to Defendant Nevada Property 1, LLC ("Cosmopolitan") related to a second incident that occurred at their premises on March 31, 2022. Wynn has stipulated to Plaintiff filing his First Amended Complaint, but Cosmopolitan has not agreed to Plaintiff's request. Plaintiff has and continues to attempt to fulfill his meet and confer efforts pursuant to Local Rule IA 1-3(f). To date, Plaintiff has not received a response from Cosmopolitan to coordinate a "direct dialogue" meet and confer conference. Plaintiff intends on filing his ex parte for leave to amend the Complaint on April 29, 2022 and he will address his efforts to comply with the local rule in light of Cosmopolitan's silence.

MARALAN LAW, P.C.
3080 BRISTOL STREET
SUITE 630
COSTA MESA
CALIFORNIA 92626
(714) 641-0506

## JOINT STIPULATION

1. **WHEREAS,** Plaintiff's Opposition to Wynn's Motion to Dismiss shall be due May 12, 2022;
2. **WHEREAS,** Wynn's Reply to the Motion to Dismiss shall be due May 26, 2022.

**IT IS SO STIPULATED.**

DATED: April 27, 2022

By: /s/ Tye Hanseen
Tye Hanseen
Attorneys for Defendant
Wynn Las Vegas

DATED: April 27, 2022

By: /s/ Sam Maralan
Sam Maralan
Plaintiff

## ATTESTATION OF AUTHORIZED FILING

I hereby attest that I have received authorization for the electronic signatures indicated by a "conformed" signature (/s/) within this e-filed document.

/s/ Sam Maralan

## ORDER

Based on the Parties' stipulation and good cause appearing, IT IS ORDERED THAT Plaintiff's Opposition to Wynn's Motion to Dismiss is due May 12, 2022; and Wynn's reply brief is due May 26, 2022.

U.S. District Judge Cristina D. Silva
Dated: May 12, 2022

MARALAN LAW, P.C.
3080 BRISTOL STREET
SUITE 630
COSTA MESA
CALIFORNIA 92626
(714) 641-0506

- 3 -

JOINT STIPULATION

# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I declare that I am over the age of eighteen (18). My business address is 3080 Bristol Street, Suite 630, Costa Mesa, California 92626.

On **April 27, 2022**, I served the foregoing documents described as:

**1. SECOND JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFF'S RESPONSE TO DEFENDANT WYNN LAS VEGAS, LLC'S MOTION TO DISMISS**

on all interested parties in this action as stated on the Service List

( )     **BY MAIL** - I deposited such envelope in the mail at Costa Mesa, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing. Under that practice it would be deposited with the United Postal Service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

( )     **BY OVERNIGHT DELIVERY** - I deposited such envelope for collection and delivery by a well-known overnight delivery service, i.e., Federal Express or Overnight Express with delivery fees paid or provided for in accordance with ordinary business practices. I am "readily familiar" with the firm's practice of collection and processing packages for overnight delivery by Federal Express and Overnight Express for receipt on the same day in the ordinary course of business.

(X)     **BY ELECTRONIC TRANSMISSION** - via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk.

( )     **BY FACSIMILE TRANSMISSION** - I caused the above-referenced document(s) to be transmitted to the office(s) of the addressee(s) identified on the attached service list, and the transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **April 27, 2022**, at Costa Mesa, California.

_____
Sam Maralan

MARALAN LAW, P.C.
3080 BRISTOL STREET
SUITE 630
COSTA MESA
CALIFORNIA 92626
(714) 641-0506

- 4 -

**JOINT STIPULATION**

**SERVICE LIST**

LARRY H. LUM, ESQ.
KAREN L. BASHOR, ESQ.
ELISA WYATT, ESQ.
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
(702) 727 1264; FAX (702) 727 1401
larry.lum@wilsonelser.com
karen.bashor@wilsonelser.com
elisa.wyatt@wilsonelser.com

*Attorneys for Defendant Nevada Property 1 LLC dba The Cosmopolitan of Las Vegas*

MARQUIS AURBACH
CRAIG R. ANDERSON, ESQ.
TYE S. HANSEEN, ESQ.
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
thanseen@maclaw.com

*Attorneys for Defendant*
*WYNN LAS VEGAS, LLC, a Nevada limited liability company dba XS NIGHTCLUB*

MARALAN LAW, P.C.
3080 BRISTOL STREET
SUITE 630
COSTA MESA
CALIFORNIA 92626
(714) 641-0506

- 5 -

**JOINT STIPULATION**