# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SAM MARALAN, | |
| Plaintiff(s), | |
| v. | 2:21-cv-02220-CDS-VCF |
| NEVADA PROPERTY 1, LLC, a Nevada limited liability company d/b/a THE COSMOPOLITAN OF LAS VEGAS; WYNN LAS VEGAS, LLC, a Nevada limited liability company d/b/a XS NIGHTCLUB; and DOES 1 through 50 inclusive, | **ORDER** |
| Defendant(s). | |

Before the Court is plaintiff's motion for leave to file first amended complaint (ECF NO. 41).

Accordingly,

IT IS HEREBY ORDERED that an in-person hearing on plaintiff's motion for leave to file first amended complaint (ECF NO. 41), is scheduled for 1:00 PM, August 18, 2022, before Judge Cam Ferenbach.

DATED this 29th day of July 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE