|   |   |
|---|---|
| 1 | LARRY H. LUM, ESQ. |
|   | Nevada Bar No. 14914 |
| 2 | KAREN L. BASHOR, ESQ. |
|   | Nevada Bar No. 11913 |
| 3 | ELISA L. WYATT, ESQ. |
|   | Nevada Bar No. 13034 |

LARRY H. LUM, ESQ.
Nevada Bar No. 14914
KAREN L. BASHOR, ESQ.
Nevada Bar No. 11913
ELISA L. WYATT, ESQ.
Nevada Bar No. 13034
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
(702) 727 1264; FAX (702) 727 1401
larry.lum@wilsonelser.com
karen.bashor@wilsonelser.com
elisa.wyatt@wilsonelser.com
*Attorneys for Defendant Nevada Property 1 LLC*
*d/b/a The Cosmopolitan of Las Vegas*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SAM MARALAN, an individual,<br><br>Plaintiff<br><br>vs.<br><br>NEVADA PROPERTY 1, LLC, a Nevada limited liability company d/b/a THE COSMOPOLITAN OF LAS VEGAS; and DOES 1 through 50 inclusive,<br><br>Defendants | Case No.:  2:21-cv-02220-CDS-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS** |

Plaintiff Sam Maralan by and Defendant Nevada Property 1, LLC dba The Cosmopolitan of Las Vegas, by and through their attorneys of record Larry H. Lum, Karen L. Bashor, Esq. and Elisa L. Wyatt, Esq., of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby stipulate and agree to the dismissal of Plaintiff's claims in the above-captioned action against all Defendants**,** with prejudice, with each party to bear their own attorney's fees, costs and interest.

/ / /

/ / /

/ / /

278483976v.1

This stipulation fully resolves all pending claims. Accordingly, Plaintiff may receive a refund of the case deposit in the total amount of $1,000.00 (ECF Nos. 17, 18).

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: */s/ Elisa L. Wyatt, Esq.*
LARRY H. LUM, ESQ.
Nevada Bar No. 14914
KAREN L. BASHOR, ESQ.
Nevada Bar No. 11913
ELISA L. WYATT, ESQ.
Nevada Bar No. 13034
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
larry.lum@wilsonelser.com
karen.bashor@wilsonelser.com
elisa.wyatt@wilsonelser.com
*Attorneys for Defendant Nevada Property 1 LLC d/b/a The Cosmopolitan of Las Vegas*

By: */s/ Sam Maralan*
Sam Maralan
*In Pro Per Plaintiff*

IT IS SO ORDERED.

The Clerk of Court is directed to close this case.

_____
UNITED STATES DISTRICT JUDGE

DATED: February 23, 2023