UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Sam Maralan,<br><br>　　　　　Plaintiff<br><br>　v.<br><br>Nevada Property 1, LLC, dba The Cosmopolitan of Las Vegas<br><br>　　　　　Defendants | Case No. 2:21-cv-02220-CDS-VCF<br><br>**Order for Release of Cash Deposits** |

　　　Plaintiff Sam Maralan previously posted bonds totaling $1,000.00, paid to the Clerk of this Court. ECF Nos. 11, 17, 18. As Maralan and defendant Nevada Property 1, LLC dba The Cosmopolitan stipulated and agreed to the dismissal of all claims with prejudice, the Clerk of Court is directed to disburse the cash deposits in the total amount of $1,000.00, with interest, payable to:

　　Sam Maralan
　　3080 Bristol Street, Suite 630
　　Costa Mesa, CA 92626

　　Dated: February 24, 2023

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Cristina D. Silva
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge